| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000137042 | 1 |

Page 1(Con't Next Page)

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 03/16/2026
Period Ending: 03/31/2026
Pay Date: 03/31/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 21,250.02 |
| Pdtax | | | 899.00 | 3,581.50 |
| Clt | | | | 654.00 |
| Dlt | | | | 327.00 |
| Sttxen | | | | 5,942.00 |
| **Gross Pay** | | | **$4,440.67** | 31,754.52 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -263.56 | 1,469.03 |
| Medicare Tax | -61.64 | 343.56 |
| PA State Income Tax | -130.46 | 727.09 |
| Philadelphia Income Tax | -166.15 | 929.09 |
| NJ SUI Tax | -18.87 | 105.53 |
| NJ Paid Family Leave Ins | -10.21 | 57.11 |
| Federal Income Tax | | 262.04 |
| AZ State Income Tax | | 16.00 |
| CA State Income Tax | | 174.00 |
| IL State Income Tax | | 16.00 |
| LA State Income Tax | | 10.00 |
| MA State Income Tax | | 16.00 |
| MI State Income Tax | | 42.00 |
| MN State Income Tax | | 32.00 |
| NC State Income Tax | | 16.00 |
| OK State Income Tax | | 31.00 |
| OR State Income Tax | | 65.00 |
| Cleveland Income Tax | | 16.00 |
| Detroit Income Tax | | 4.00 |

## Other

| | this period | year to date |
|---|---|---|
| Dental-Flex125 | -12.62* | 75.72 |
| Med-Flex 125 | -178.70* | 1,072.20 |
| Pd Taxable | -899.00 | 3,581.50 |
| State Tax Ded | -62.00 | 436.00 |
| Hotel | | 63.96 |
| **Net Pay** | **$2,637.46** | |
| Checking 1 | -2,637.46 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,249.35

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 10.50 |
| Totl Hrs Worked | 86.67 | |

## Important Notes

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000137042**
Pay date: 03/31/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,637.46 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| **XYS** | 155383 | 520007 | | 0000137042 | 1 |

Page 2

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 03/16/2026
Period Ending: 03/31/2026
Pay Date: 03/31/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Additional Tax Withholding Information

Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000090042 | 1 |

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 02/16/2026
Period Ending: 02/28/2026
Pay Date: 02/27/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 14,166.68 |
| Pdtax | | | 727.50 | 2,181.00 |
| Sttxen | | | | 3,924.00 |
| **Gross Pay** | | | **$4,269.17** | 20,271.68 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -252.93 | 966.54 |
| Medicare Tax | -59.16 | 226.05 |
| PA State Income Tax | -125.19 | 478.38 |
| Philadelphia Income Tax | -159.73 | 611.66 |
| NJ SUI Tax | -18.15 | 69.48 |
| NJ Paid Family Leave Ins | -9.82 | 37.60 |
| Federal Income Tax | | 262.04 |
| AZ State Income Tax | | 16.00 |
| CA State Income Tax | | 174.00 |
| IL State Income Tax | | 16.00 |
| NC State Income Tax | | 16.00 |
| OK State Income Tax | | 31.00 |
| OR State Income Tax | | 65.00 |

| Other | this period | year to date |
|---|---|---|
| Dental-Flex125 | -12.62* | 50.48 |
| Med-Flex 125 | -178.70* | 714.80 |
| Pd Taxable | -727.50 | 2,181.00 |
| State Tax Ded | -255.00 | 316.00 |
| Hotel | | 63.96 |
| **Net Pay** | **$2,470.37** | |
| Checking 1 | -2,470.37 | |

**Net Check $0.00**

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,077.85

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 7.00 |
| Totl Hrs Worked | 86.67 | |

## Important Notes

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000090042**
Pay date: 02/27/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,470.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000070049 | 2 |

# Earnings Statement

ADP

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 02/01/2026
Period Ending: 02/15/2026
Pay Date: 02/13/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 10,625.01 |
| Pdtax | | | 165.00 | 1,453.50 |
| Sttxen | | | | 1,308.00 |
| **Gross Pay** | | | **$3,706.67** | 13,386.51 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -218 .06 | 713.61 |
| Medicare Tax | -51 .00 | 166.89 |
| PA State Income Tax | -107 .92 | 353.19 |
| Philadelphia Income Tax | -138 .69 | 451.93 |
| NJ SUI Tax | -15 .75 | 51.33 |
| NJ Paid Family Leave Ins | -8 .52 | 27.78 |
| Federal Income Tax | | 262.04 |
| IL State Income Tax | | 16.00 |
| NC State Income Tax | | 16.00 |
| OK State Income Tax | | 31.00 |

| Other | this period | year to date |
|---|---|---|
| Dental-Flex125 | -12 .62* | 37.86 |
| Med-Flex 125 | -178 .70* | 536.10 |
| Pd Taxable | -165 .00 | 1,453.50 |
| State Tax Ded | -14 .00 | 61.00 |
| Hotel | | 63.96 |
| **Net Pay** | **$2,796.41** | |
| Checking 1 | -2 ,796.41 | |
| **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $3,515.35

## Other Benefits and Information

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 5.25 |
| Totl Hrs Worked | 86.67 | |

## Important Notes

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000070049**
Pay date: 02/13/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,796.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000050045 | 1 |

# Earnings Statement

ADP®

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 01/16/2026
Period Ending: 01/31/2026
Pay Date: 01/30/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 7,083.34 |
| Pdtax | | | 374.50 | 1,288.50 |
| Sttxen | | | | 981.00 |
| **Gross Pay** | | | **$3,916.17** | 9,352.84 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -98.65 | 262.04 |
| Social Security Tax | -231.05 | 495.55 |
| Medicare Tax | -54.03 | 115.89 |
| PA State Income Tax | -114.35 | 245.27 |
| Philadelphia Income Tax | -146.53 | 313.24 |
| NJ SUI Tax | -16.64 | 35.58 |
| NJ Paid Family Leave Ins | -9.01 | 19.26 |
| IL State Income Tax | | 16.00 |
| OK State Income Tax | | 31.00 |

| Other | this period | year to date |
|---|---|---|
| Dental-Flex125 | -12.62* | 25.24 |
| Hotel | -63.96 | 63.96 |
| Med-Flex 125 | -178.70* | 357.40 |
| Pd Taxable | -374.50 | 1,288.50 |
| State Tax Ded | | 47.00 |
| **Net Pay** | **$2,616.13** | |
| Checking 1 | -2,616.13 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,724.85

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 3.50 |
| Totl Hrs Worked | 86.67 | |

## Important Notes

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000050045**
Pay date: 01/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,616.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000030046 | 3 |

# Earnings Statement

ADP

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 01/01/2026
Period Ending: 01/15/2026
Pay Date: 01/15/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Earnings

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 3,541.67 |
| Pdtax | | | 914.00 | 914.00 |
| Sttxen | | | | 981.00 |
| **Gross Pay** | | | **$4,455.67** | 5,436.67 |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -163.39 | 163.39 |
| Social Security Tax | -264.50 | 264.50 |
| Medicare Tax | -61.86 | 61.86 |
| PA State Income Tax | -130.92 | 130.92 |
| Philadelphia Income Tax | -166.71 | 166.71 |
| NJ SUI Tax | -18.94 | 18.94 |
| NJ Paid Family Leave Ins | -10.25 | 10.25 |
| IL State Income Tax | | 16.00 |
| OK State Income Tax | | 31.00 |
| **Other** | | |
| Dental-Flex125 | -12.62* | 12.62 |
| Med-Flex 125 | -178.70* | 178.70 |
| Pd Taxable | -914.00 | 914.00 |
| State Tax Ded | -47.00 | 47.00 |
| **Net Pay** | **$2,486.78** | |
| Checking 1 | -2,486.78 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,264.35

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 1.75 |
| Totl Hrs Worked | 86.67 | |

## Important Notes

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000030046**
Pay date: 01/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,486.78 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**