| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000160045 | 3 |

Page 1(Con't Next Page)

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

# Earnings Statement

Period Beginning: 04/01/2026
Period Ending: 04/15/2026
Pay Date: 04/15/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 24,791.69 |
| Pdtax | | | 457.00 | 4,038.50 |
| Clt | | | | 654.00 |
| Dlt | | | | 327.00 |
| Sttxen | | | | 6,923.00 |
| **Gross Pay** | | | **$3,998.67** | 36,734.19 |

| **Deductions** | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -236.17 | 1,705.20 |
| | Medicare Tax | -55.24 | 398.80 |
| | PA State Income Tax | -116.89 | 843.98 |
| | Philadelphia Income Tax | -149.62 | 1,078.71 |
| | NJ SUI Tax | -17.00 | 122.53 |
| | NJ Paid Family Leave Ins | -9.20 | 66.31 |
| | Federal Income Tax | | 262.04 |
| | AZ State Income Tax | | 16.00 |
| | CA State Income Tax | | 174.00 |
| | CO State Income Tax | | 14.00 |
| | IL State Income Tax | | 16.00 |
| | LA State Income Tax | | 10.00 |
| | MA State Income Tax | | 16.00 |
| | MI State Income Tax | | 42.00 |
| | MN State Income Tax | | 32.00 |
| | NC State Income Tax | | 16.00 |
| | OK State Income Tax | | 31.00 |
| | OR State Income Tax | | 65.00 |
| | UT State Income Tax | | 29.00 |
| | Cleveland Income Tax | | 16.00 |

| **Statutory** | this period | year to date |
|---|---|---|
| Detroit Income Tax | | 4.00 |
| **Other** | | |
| Dental-Flex125 | -12.62* | 88.34 |
| Med-Flex 125 | -178.70* | 1,250.90 |
| Pd Taxable | -457.00 | 4,038.50 |
| State Tax Ded | -131.00 | 567.00 |
| Hotel | | 63.96 |
| **Net Pay** | **$2,635.23** | |
| Checking 1 | -2,635.23 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,807.35

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 12.25 |
| Totl Hrs Worked | 86.67 | |

**Important Notes**

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000160045**
Pay date: 04/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,635.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 050 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000160045 | 2 |

Page 2

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 04/01/2026
Period Ending: 04/15/2026
Pay Date: 04/15/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 0?? |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000180044 | 2 |

Page 1(Con't Next Page)

# Earnings Statement

ADP

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 04/16/2026
Period Ending: 04/30/2026
Pay Date: 04/30/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 28,333.36 |
| Pdtax | | | 480.00 | 4,518.50 |
| Clt | | | | 654.00 |
| Dlt | | | | 327.00 |
| Sttxen | | | | 7,250.00 |
| **Gross Pay** | | | **$4,021.67** | 41,082.86 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -237.59 | 1,942.79 |
| | Medicare Tax | -55.56 | 454.36 |
| | PA State Income Tax | -117.59 | 961.57 |
| | Philadelphia Income Tax | -150.48 | 1,229.19 |
| | NJ SUI Tax | -17.09 | 139.62 |
| | NJ Paid Family Leave Ins | -9.25 | 75.56 |
| | Federal Income Tax | | 262.04 |
| | AZ State Income Tax | | 16.00 |
| | CA State Income Tax | | 174.00 |
| | CO State Income Tax | | 14.00 |
| | IL State Income Tax | | 16.00 |
| | LA State Income Tax | | 10.00 |
| | MA State Income Tax | | 16.00 |
| | MI State Income Tax | | 42.00 |
| | MN State Income Tax | | 32.00 |
| | NC State Income Tax | | 31.00 |
| | OK State Income Tax | | 31.00 |
| | OR State Income Tax | | 65.00 |
| | UT State Income Tax | | 29.00 |
| | Cleveland Income Tax | | 16.00 |

| Statutory | this period | year to date |
|---|---|---|
| Detroit Income Tax | | 4.00 |
| **Other** | | |
| Dental-Flex125 | -12.62* | 100.96 |
| Hotel | -238.74 | 302.70 |
| Med-Flex 125 | -178.70* | 1,429.60 |
| Pd Taxable | -480.00 | 4,518.50 |
| State Tax Ded | -30.00 | 597.00 |
| **Net Pay** | **$2,494.05** | |
| Checking 1 | -2,494.05 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,830.35

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 14.00 |
| Totl Hrs Worked | 86.67 | |

**Important Notes**

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000180044**
Pay date: 04/30/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,494.05 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 0 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000180044 | 2 |

Page 2

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 04/16/2026
Period Ending: 04/30/2026
Pay Date: 04/30/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000200041 | 3 |

Page 1(Con't Next Page)

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

# Earnings Statement

Period Beginning: 05/01/2026
Period Ending: 05/15/2026
Pay Date: 05/15/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 31,875.03 |
| Pdtax | | | 958.50 | 5,477.00 |
| Clt | | | | 654.00 |
| Dlt | | | | 327.00 |
| Sttxen | | | | 9,212.00 |
| **Gross Pay** | | | **$4,500.17** | 47,545.03 |

| **Deductions** | **Statutory** | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -267.26 | 2,210.05 |
| | Medicare Tax | -62.51 | 516.87 |
| | PA State Income Tax | -132.28 | 1,093.85 |
| | Philadelphia Income Tax | -168.37 | 1,397.56 |
| | NJ SUI Tax | -19.13 | 158.75 |
| | NJ Paid Family Leave Ins | -10.35 | 85.91 |
| | Federal Income Tax | | 262.04 |
| | AZ State Income Tax | | 16.00 |
| | CA State Income Tax | | 174.00 |
| | CO State Income Tax | | 14.00 |
| | IL State Income Tax | | 16.00 |
| | LA State Income Tax | | 10.00 |
| | MA State Income Tax | | 114.00 |
| | MI State Income Tax | | 42.00 |
| | MN State Income Tax | | 32.00 |
| | NC State Income Tax | | 31.00 |
| | OK State Income Tax | | 31.00 |
| | OR State Income Tax | | 65.00 |
| | UT State Income Tax | | 29.00 |
| | Cleveland Income Tax | | 16.00 |

| **Statutory** | this period | year to date |
|---|---|---|
| Detroit Income Tax | | 4.00 |
| **Other** | | |
| Dental-Flex125 | -12.62* | 113.58 |
| Med-Flex 125 | -178.70* | 1,608.30 |
| Pd Taxable | -958.50 | 5,477.00 |
| State Tax Ded | -98.00 | 695.00 |
| Hotel | | 302.70 |
| **Net Pay** | **$2,592.45** | |
| Checking 1 | -2,592.45 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $4,308.85

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 15.75 |
| Totl Hrs Worked | 86.67 | |

**Important Notes**

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000200041**
Pay date: 05/15/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,592.45 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

XYS 155383 520007 0000200041 2

Page 2

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 05/01/2026
Period Ending: 05/15/2026
Pay Date: 05/15/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 0?0 |
|---|---|---|---|---|---|
| XYS | 155383 | 520007 | | 0000220039 | 1 |

Page 1(Con't Next Page)

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

# Earnings Statement

Period Beginning: 05/16/2026
Period Ending: 05/31/2026
Pay Date: 05/29/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular Pay | 3541.67 | 86.67 | 3,541.67 | 35,416.70 |
| Clt | | | | 654.00 |
| Dlt | | | | 327.00 |
| Pdtax | | | | 5,477.00 |
| Sttxen | | | | 9,212.00 |
| **Gross Pay** | | | **$3,541.67** | 51,086.70 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -207.83 | 2,417.88 |
| | Medicare Tax | -48.60 | 565.47 |
| | PA State Income Tax | -102.86 | 1,196.71 |
| | Philadelphia Income Tax | -132.52 | 1,530.08 |
| | NJ SUI Tax | -15.05 | 173.80 |
| | NJ Paid Family Leave Ins | -8.15 | 94.06 |
| | Federal Income Tax | | 262.04 |
| | AZ State Income Tax | | 16.00 |
| | CA State Income Tax | | 174.00 |
| | CO State Income Tax | | 14.00 |
| | IL State Income Tax | | 16.00 |
| | LA State Income Tax | | 10.00 |
| | MA State Income Tax | | 114.00 |
| | MI State Income Tax | | 42.00 |
| | MN State Income Tax | | 32.00 |
| | NC State Income Tax | | 31.00 |
| | OK State Income Tax | | 31.00 |
| | OR State Income Tax | | 65.00 |
| | UT State Income Tax | | 29.00 |
| | Cleveland Income Tax | | 16.00 |

| Statutory | this period | year to date |
|---|---|---|
| Detroit Income Tax | | 4.00 |
| **Other** | | |
| Dental-Flex125 | -12.62* | 126.20 |
| Med-Flex 125 | -178.70* | 1,787.00 |
| Hotel | | 302.70 |
| Pd Taxable | | 5,477.00 |
| State Tax Ded | | 695.00 |
| **Net Pay** | **$2,835.34** | |
| Checking 1 | -2,835.34 | |
| **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $3,350.35

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Gtl | 1.75 | 17.50 |
| Totl Hrs Worked | 86.67 | |

**Important Notes**

COMPANY PH#: 215-339-7606

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PHILADELPHIA 76ERS LP
55 HARBOUR BOULEVARD
CAMDEN, NJ 08103
COMPANY PH#: 215-339-7606

**Advice number:** **00000220039**
Pay date: 05/29/2026

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| **ERIC DAWSON** | xxxxxx2531 | xxxx xxxx | $2,835.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

XYS 155383 520007 0000230039 1

Page 2

# Earnings Statement

*PHILADELPHIA 76ERS LP*
*55 HARBOUR BOULEVARD*
*CAMDEN, NJ 08103*
*COMPANY PH#: 215-339-7606*

Period Beginning: 05/16/2026
Period Ending: 05/31/2026
Pay Date: 05/29/2026

**ERIC DAWSON**
**3211 CEDAR STREET APT 204**
**PHILADELPHIA PA 19134**

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Tax blocked

## Additional Tax Withholding Information

Taxable Marital Status:
NJ: Married
Exemptions/Allowances:
NJ: 0,Table B

© 2000 ADP, Inc.

**CONTINUED FROM PRIOR PAGE**
**YOUR VOUCHER IS PROVIDED ON PAGE 1**

THIS IS NOT A CHECK

**NON-NEGOTIABLE**